Sean J. Richsen-Bey
Post Office Box 8800
Corcoran, California Republic
CDCR No. T18961
In Propria Persona

FILED
May 11, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

1:22-cv-00567-BAM-PC

Sean J. Richsen-Bey,
  Plaintiff,

V.

J. Juarez,
  Defendant.

Civil Action
42 U.S.C. §1983

## 1. JURISDICTION

1. This is a civil action pursuant to 42 U.S.C. §1983 to redress the deprivation of rights under color of State law secured by the Constitution for the United States of America Republic (North America), and laws thereof. The Court has jurisdiction under 28 U.S.C. §§ 1331 & 1343(a)(3).

## 2. VENUE

2. The Eastern District of California is the appropriate venue under 28 U.S.C. §1391(b)(2).

## 3. PARTY/S

3. Plaintiff Sean J. Richsen-Bey is a Moorish-American National, Human, Flesh and Blood Being, Indigenous, Aboriginal to

(1)

the Americas, In Propria Persona, Sui Juris, not pro se, Reserving All My Rights. At all times mentioned herein Plaintiff was a prisoner confined at California State Prison-Corcoran.

4. Defendant J. Juarez is a Correctional Officer employed with the California Department of Corrections and Rehabilitation at California State Prison-Corcoran.

## 4. STATEMENT OF FACTS

5. On September 29, 2021 during compliance with commands to "GET DOWN" by separation to safe distance from area of activity Plaintiff was administered continuous stream of "MK-9 OC" spray to head/facial area from left flank and rear by Juarez, for what seemed to be, until Plaintiff was definitively in a prone position. On September 30, 2021 Plaintiff awoke with accumulated deposits of the chemical agent secreted or discharged from the right eye, coagulated, sealing the lid shut. After cleaning the eye with water and soap discharge and irritation continued as a feeling of crystallized particles raked across the eye with every blink. Plaintiff was admitted to CTC for treatment to right hand where care provider, upon complaints of discomfort and observation of Plaintiff, initiated examination of the right eye discovering two corneal abrasions cause by chemical burn. Care provider determined irritation to be caused by crystallization of the chemical agent in the right

(2)

eye care provider performed multiple cleansings to right eye and scheduled Plaintiff for follow-up care with eye specialist. Plaintiff attended specialist care at "Golden State Eye" where upon more thorough examination Plaintiff was diagnosed with "Retinal tear of right eye," November 9, 2021. Plaintiff was prescribed "Latanoprost" indefinitely for preventative care. On February 22, 2022 Plaintiff underwent non-invasive laser treatment to repair "Horseshoe" tear in right eye. Plaintiff is under pending care to determine long-term success of treatment having suffered spotty, blurry vision, bright, blinding obfuscation, head-aches, migraines, etc. throughout this process. Evaluation of success and long-term impact, or quality of vision, is ongoing. Furthermore, no legitimate penalogical interest was served by actions of Juarez as Plaintiff was complying with commands, moving to an open space, posing no perceived threat to Juarez or other officers respondent who found no cause to do the same. Furthermore, Plaintiff's right eye received direct impact during separation from effort to identify source of emanation by looking toward said direction.

### 5. CLAIM(S) FOR RELIEF

6. Plaintiff realleges and incorporates by reference paragraphs 1 through 5.

7. Juarez's use of force throughout Plaintiff's compliance with commands constituted excessive force and a vio-

(3)

lation of Plaintiff's Freedom from cruel and unusual punishment under the Eighth Amendment of the Constitution for the United States of America Republic (North America) and the 1836 United States-Morocco Treaty of Peace and Friendship (8 Stat. 484 & Pub.L. 857).

## 6. PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully prays this court enter judgment against the Defendant in his individual capacity, granting Plaintiff:

8. Compensatory damages in amount of Ten Million dollars ($10,000,000) against the Defendant.
9. Punitive damages in amount of Ten Million dollars ($10,000,000) against the Defendant.
10. Plaintiff's costs in suit.
11. A jury trial on all issues triable by jury.
12. Any additional relief this court deems just, proper, and equitable.

I declare under penalty of perjury under the laws of the United States Republic, North America, that the ~~foregoing~~ is true and correct.

Executed on the Fifth day of May, 2022, at California State Prison-Corcoran.

Humbly,
By: Sean
All Rights Reserved
Sean J. Richson-Bey
In Propria Persona, Sui Juris

(4)