UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFERY RICHSON-BEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAREZ,<br><br>　　　　　　Defendant. | No.  1:22-cv-00567-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS<br><br>(Doc. No. 9) |

　　　　Plaintiff Sean Jeffery Richson-Bey is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On June 30, 2022, the assigned magistrate judge screened plaintiff's complaint and granted plaintiff leave to file an amended complaint or notify the court of his willingness to proceed on the cognizable claim identified by the court. (Doc. No. 6.) On July 12, 2022, plaintiff notified the court of his willingness to proceed on the cognizable claim identified by the court. (Doc. No. 7.)

　　　　Pursuant to plaintiff's notification, the magistrate judge issued findings and recommendations that this action proceed on plaintiff's complaint against defendant Juarez for excessive force in violation of the Eighth Amendment. (Doc. No. 9.) The magistrate judge further recommended that all other claims be dismissed based on plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The findings and recommendations were served on

1

plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service.  (*Id.* at 6.)

On August 1, 2022, plaintiff filed objections to the findings and recommendations.  (Doc. No. 10.)  Plaintiff's objections do not relate to the substance of the findings and recommendations or the cognizable claim found by the magistrate judge, but apparently seeks to clarify plaintiff's argument as to the source of his rights under the 1836 United States-Morocco Treaty of Peace and Friendship.  (*Id.*)  As discussed in the findings and recommendations, plaintiff cannot state a claim under the 1836 United States-Morocco Treaty of Peace and Friendship, and, to the extent plaintiff seeks to raise claims arising under that treaty, those claims are frivolous and fail to state a cognizable claim for relief.  (*See* Doc. No. 9 at 5.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 13, 2022, (Doc. No. 9), are adopted in full;
2. This action shall proceed on plaintiff's complaint, filed May 11, 2022, (Doc. No. 1), against Defendant Juarez for excessive force in violation of the Eighth Amendment;
3. All other claims are dismissed from this action for failure to state claims upon which relief may be granted; and
4. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   September 15, 2022                           _____
                                                      UNITED STATES DISTRICT JUDGE

2