UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFREY RICHSON-BEY,<br>　　　　　Plaintiff,<br><br>v.<br><br>J. JUAREZ,<br>　　　　　Defendant. | 1:22-cv-00567-ADA-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF **SEAN JEFFERY RICHSON-BEY, CDCR # T-18961, <u>BY VIDEO CONFERENCE (VIA ZOOM)</u>**<br><br>DATE: June 22, 2023<br>TIME:  11:30  a.m. |

　　　Sean Jeffery Richson-Bey, inmate, CDCR #T-18961, a necessary and material witness on his own behalf in a Settlement Conference in this case on June 22, 2023, is confined at Salinas Valley State Prison, P. O. Box 1020, Soledad, CA 93960-1020, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom)** before Magistrate Judge Stanley A. Boone on June 22, 2023, at 11:30 a.m.

　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via Zoom)** to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Salinas Valley State Prison**

　　　**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via Zoom)** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **May 25, 2023**　　　　　／s／ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE