# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFERY RICHSON-BEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAREZ, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:22-cv-00567-ADA-BAM (PC)<br><br>ORDER THAT INMATE SEAN JEFFERY RICHSON-BEY IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Sean Jeffery Richson-Bey is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on June 22, 2023. Inmate Sean Jeffery Richson-Bey, CDCR #T-18961, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **June 22, 2023**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE