# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHSON-BEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAREZ, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00567-ADA-BAM (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER AND CONSENT/DECLINE FORM |

Plaintiff Sean Jeffrey Richson-Bey ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Juarez for excessive force in violation of the Eighth Amendment.

On April 24, 2023, the Court set this case for a June 22, 2023 settlement conference and stayed the action to allow the parties an opportunity to settle their dispute. (ECF No. 27.) As the case did not settle, (ECF No. 34), the Court finds it appropriate and necessary to lift the stay. This case is now ready to proceed.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The stay of this action, (ECF No. 27), is LIFTED;
2. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order and a consent/decline form to the parties; and

///

1

3. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated: **June 23, 2023**      /s/ *Barbara A. McAuliffe*
                             UNITED STATES MAGISTRATE JUDGE