Sean J. Richson-Bey
3877 Coco Ave. #10
LA, CA 90008

FILED
OCT 05 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Sean J. Richson-Bey,
   Plaintiff/Affiant,

v.

J. Juarez,
   Defendant.

No. 1:22-CV-00567-ADA-BAM (PC)

Notice of Change of Address

Affiant Sean J. Richson-Bey notices this Court of change of address to the foregoing 3877 Coco Avenue Apt. #10 for mailing purposes.

Date: October 2, 2023



All Rights Reserved
Sean J. Richson-Bey
In Propria Persona
Sui Juris