Sean J. Richson-Bey
3877 Coco Ave #10
Los Angeles, CA 90008

FILED
JAN 12 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Sean J. Richson-Bey,            Case No. 1:22-CV-00567-NODJ-BAM (PC)
    Plaintiff,

v.                              Notice of Withdrawal /
J. Juarez,                      Voluntary Dismissal
    Defendant.

I, Plaintiff Sean J. Richson-Bey, moves to to voluntarily withdraw this action initiated pursuant to 42 U.S.C. §1983.

Date: January 9th, 2024



Peace,
X [signature]
Sean J. Richson-Bey
In Propria Persona