1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  JANET N. CHEN, State Bar No. 283233
   Supervising Deputy Attorney General
3  MOLLY CHRIST, State Bar No. 327507
   Deputy Attorney General
4   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013-1230
5   Telephone:  (213) 269-6388
    Fax:  (916) 731-3641
6   E-mail:  Molly.Christ@doj.ca.gov
   *Attorneys for Defendant*
7  *J. Juarez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SEAN JEFFERY RICHSON-BEY,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**J. JUAREZ,**<br><br>　　　　　　　　　　Defendant. | 1:22-cv-00567-NODJ-BAM (PC)<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**<br><br>Judge:　　　The Hon. Barbara A. McAuliffe<br>Trial Date:　None Set<br>Action Filed: May 11, 2022 |

　　　On January 12, 2024, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 45.)  On January 16, 2024, the Court issued an order construing Plaintiff's notice as a Motion for Voluntary Dismissal and directed Defendant to respond to Plaintiff's Motion.  (ECF No. 46.)  Defendant J. Juarez does not oppose Plaintiff's motion for voluntary dismissal.

///

///

///

///

///

1

| | |
|---|---|
| Dated: January 17, 2024 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>JANET N. CHEN<br>Supervising Deputy Attorney General<br><br><br>***/s/ Molly Christ***<br>MOLLY CHRIST<br>Deputy Attorney General<br>*Attorneys for Defendant*<br>*J. Juarez* |

SA2022305787
66509960.docx

# CERTIFICATE OF SERVICE

Case Name:  **Sean J. Richson-Bey (T18961) v. J. Juarez**  
Case No.  **1:22-cv-00567-NODJ-BAM (PC)**

I hereby certify that on <u>January 17, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>January 17, 2024</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Sean Jeffery Richson-Bey, CDCR# T18961  
3877 Coco Avenue, Apt #10  
Los Angeles, CA  90008  
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 17, 2024</u>, at Los Angeles, California.

Esperanza Arroyo  
Declarant

*/s/ Esperanza Arroyo*  
Signature

SA2022305787  
66511512.docx